KATHLEEN LEARNER *et al.*, Plaintiffs-Appellants, *v.* JUN INOUYE, Defendant-Appellee.

(No. 56612;

First District (2nd Division)—May 28, 1974.

PER CURIAM.
DOWNING, J., took no part.

Louis M. March, of Chicago, for appellants.

Hinshaw, Culbertson, Moelmann, Hoban & Fuller, of Chicago (Perry L. Fuller, D. Kendall Griffith, and Thomas M. Crisham, of counsel), for appellee.